# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER, #L1625**  PLAINTIFF

v.  CIVIL NO. 1:19-cv-269-LG-RHW

**JOHNATHAN HUNT, MARSHALL
TURNER, JAMARIO CLARK,
MARCUS NELSON, JACQUALINE BANKS,
AND JAMES COOKSEY**  DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith dismissing without prejudice the claims in Plaintiff Demario Dontez Walker's Complaint,

**IT IS ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 21st day of June, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE